COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Jerrold Klein, Independent Executor of the Estate of
                         Irving Klein, Deceased, Relator

Appellate case number:   01-17-00249-CV

Trial court case number:   447,952

Trial court:             Probate Court No. 3 of Harris County

This Court's April 18, 2017 Order had requested a response by any real party in interest to the mandamus petition filed by the relator, Jerrold Klein, Independent Executor of the Estate of Irving Klein, Deceased, which seeks to vacate the respondent trial judge's March 30, 2017 "Order Compelling Distribution of Estate Property" in the underlying probate proceeding. This Court's April 18, 2017 Order had also granted the relator's motion to stay the March 30, 2017 Order pending resolution of the mandamus petition, and noted that any party may file a motion for reconsideration of this stay.

On May 4, 2017, the real party in interest Ann Sewell filed a motion for reconsideration of this Court's April 18, 2017 Order granting the stay, and requests that this Court lift the stay. *See* TEX. R. APP. P. 52.10(c).

Accordingly, because no response has been filed yet, the Court requests a response from relator to real party in interest Sewell's motion for reconsideration of the April 18, 2017 Order granting the stay. The response, if any, shall be filed **within 7 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.10(b).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes _____
                         ☑ Acting individually     ☐ Acting for the Court
Date: May 11, 2017 _____